UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER S. NELSON,

    Plaintiff,

v.

WASHINGTON CORRECTIONS CENTER, et al.,

    Defendants.

Case No. C08-5423BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 13). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

    (1)    The Court adopts the Report and Recommendation; and

    (2)    This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

DATED this 5th day of March, 2009.

                                              /s/ Benjamin H. Settle
                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER