# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER S. NELSON

        v.

WASHINGTON CORRECTIONS
CENTER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5423BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   The Court adopts the Report and Recommendation; and

   This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim upon which relief may be granted under 42 U.S.C. § 1983.


|    March 6, 2009    |    BRUCE RIFKIN    |
|---|---|
| Date | Clerk |

           *s/CM Gonzalez*
           Deputy Clerk